# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 23-1445

(9:20-cv-02959-BHH)

UNITED STATES EX REL. CHRISTOPHER F. YOUNG,

    Plaintiff-Relator-Appellant,

v.

ARGOS USA, LLC; GREG MELTON; PAT MOONEY; RICHARD A. STANKWYTCH,

    Defendants-Appellees.

and

LAFARGE SA; LAFARGE CORPORATION; LAFARGE NORTH AMERICA, INCORPORATED; LAFARGE BUILDING MATERIALS, INC.; CEMENTOS ARGOS SA; ARGOS USA CORP.; ARGOS CEMENT LLC; ARGOS READY MIX LLC; ELITE CONCRETE LLC; ELITE CONCRETE HOLDINGS LLC; ELITE CONCRETE OF SC LLC; COASTAL CONCRETE INC; COASTAL CONCRETE COMPANY INC.; COASTAL CONCRETE SOUTHEAST II LLC; EVANS CONCRETE HOLDINGS INC.; TROY D. BAIRD; HURLEY S. COOK; DAVID MELTON; TIM COUGHLIN; TIM MAHONEY; TOMMY STRICKLAND; TIMOTHY STRICKLAND, a/k/a Bo, a/k/a Bo Strickland,

    Defendants.

MOTION TO DISMISS

    The undersigned hereby moves that the above appeal be dismissed as has been agreed to by the parties, with Appellant to bear the payment of fees and

costs. Fed. R. App. P. 42(b). Undersigned counsel represents to the Court that all appellate counsel of record consent to this dismissal.

Dated: May 9, 2023

/s/ Nicholas J. Giles
Nicholas J. Giles
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
T: (804) 775 4760
F: (804) 698 2040
ngiles@mcguirewoods.com

*Counsel for Argos USA, LLC, Pat Mooney, and Richard A. Stankwytch*

/s/ Joseph P. Griffith, Jr.
Joseph P. Griffith, Jr., Esq.
Joe Grifith Law Firm, LLC946 Johnnie Dodds Blvd.
Mt. Pleasant, South Carolina 29464
843-225-5563
843-722-6254 (facsimile)
joegriffithjr@hotmail.com

/s/ J. Brady Hair
J. Brady Hair, Esq.
Law Offices of J. Brady Hair
Post office Box 61896
N Charleston, South Carolina 29419
843-572-8700
843-745-1082 (facsimile)
brady@bradyhair.com

*Attorneys for Defendant Greg Melton*

Respectfully submitted,

s/Joshua R. Fester
Joshua R. Fester
Law Office of Darrell T. Johnson
Post Office Box 1125
Hardeeville, South Carolina 29927
843-784-2142
843-784-5770 (facsimile)
Tdjohnson1@johnsonslawoffice.com
*Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE**

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 49 words, excluding the parts exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5) and Fed. R. App. P. 32(a)(6) because the motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

s/Joshua R. Fester_____
Joshua R. Fester
Law Office of Darrell T. Johnson
Post Office Box 1125
Hardeeville, South Carolina 29927
843-784-2142
843-784-5770 (facsimile)
Tdjohnson1@johnsonslawoffice.com
*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2023, I filed the foregoing with the Clerk of the United States Court of Appeals for the Fourth Circuit using the appellate CM/ECF system, which will send a notification of electronic filing to all counsel of record who are registered CM/ECF users.

s/Joshua R. Fester_____
Joshua R. Fester
Law Office of Darrell T. Johnson
Post Office Box 1125
Hardeeville, South Carolina 29927
843-784-2142
843-784-5770 (facsimile)
Tdjohnson1@johnsonslawoffice.com

*Counsel for Plaintiff*