FILED: May 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1445
(9:20-cv-02959-BHH)

_____

UNITED STATES EX REL. CHRISTOPHER F. YOUNG

        Plaintiff - Appellant

v.

ARGOS USA, LLC; GREG MELTON; PAT MOONEY; RICHARD A. STANKWYTCH

        Defendants - Appellees

 and

LAFARGE SA; LAFARGE CORPORATION; LAFARGE NORTH AMERICA, INCORPORATED; LAFARGE BUILDING MATERIALS, INC.; CEMENTOS ARGOS SA; ARGOS USA CORP.; ARGOS CEMENT LLC; ARGOS READY MIX LLC; ELITE CONCRETE LLC; ELITE CONCRETE HOLDINGS LLC; ELITE CONCRETE OF SC LLC; COASTAL CONCRETE INC; COASTAL CONCRETE COMPANY INC.; COASTAL CONCRETE SOUTHEAST II LLC; EVANS CONCRETE HOLDINGS INC.; TROY D. BAIRD; HURLEY S. COOK; DAVID MELTON; TIM COUGHLIN; TIM MAHONEY; TOMMY STRICKLAND; TIMOTHY STRICKLAND, a/k/a Bo, a/k/a Bo Strickland

        Defendants

_____

O R D E R

_____

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

                                             For the Court--By Direction

                                             <u>/s/ Patricia S. Connor, Clerk</u>