FILED: May 9, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1445
(9:20-cv-02959-BHH)

_____

UNITED STATES EX REL. CHRISTOPHER F. YOUNG

  Plaintiff - Appellant

v.

ARGOS USA, LLC; GREG MELTON; PAT MOONEY; RICHARD A. STANKWYTCH

  Defendants - Appellees

and

LAFARGE SA; LAFARGE CORPORATION; LAFARGE NORTH AMERICA, INCORPORATED; LAFARGE BUILDING MATERIALS, INC.; CEMENTOS ARGOS SA; ARGOS USA CORP.; ARGOS CEMENT LLC; ARGOS READY MIX LLC; ELITE CONCRETE LLC; ELITE CONCRETE HOLDINGS LLC; ELITE CONCRETE OF SC LLC; COASTAL CONCRETE INC; COASTAL CONCRETE COMPANY INC.; COASTAL CONCRETE SOUTHEAST II LLC; EVANS CONCRETE HOLDINGS INC.; TROY D. BAIRD; HURLEY S. COOK; DAVID MELTON; TIM COUGHLIN; TIM MAHONEY; TOMMY STRICKLAND; TIMOTHY STRICKLAND, a/k/a Bo, a/k/a Bo Strickland

  Defendants

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*